```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEVE AXELROTH,                    )
                                   )  Civil Action
          Plaintiff                )  No. 02-cv-04418
                                   )
     vs.                           )
                                   )
CINDY LONESS CARPENTRY;            )
JOHN LONESS;                       )
CINDY LONESS;                      )
BERN TOWNSHIP; and                 )
MICHAEL A. HOFFERT,                )
POLICE OFFICER, BADGE NO. 005,     )
                                   )
          Defendants               )
```

REFERRAL ORDER FOR SETTLEMENT CONFERENCE

NOW, this 17th day of March, 2003,

IT IS ORDERED that the within matter is referred to United States Magistrate Judge Arnold C. Rapoport to schedule and conduct a settlement conference.

BY THE COURT:

James Knoll Gardner
United States District Judge