78843 DAS.DAS 4/15/2003

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEVE AXELROTH                          :
                                        :
    vs.                                 :
                                        :
CINDY LONESS CARPENTRY,                 :        CIVIL ACTION NO. 02-CV-4418
JOHN LONESS, CINDY LONESS,  :
BERN TOWNSHIP, and POLICE               :
OFFICER MICHAEL A. HOFFERT :
BADGE NO. 005                           :

NON-JURY, DAMAGES ONLY TRIAL –
TRIAL MEMORANDUM OF THE LONESS DEFENDANTS

Defendants Cindy Loness Carpentry, John Loness and Cindy Loness, by their attorneys,

submit this Trial Memorandum for the non-jury trial to be held on April 30, 2003 on the issue of

damages only.

I.    **EXHIBITS**

The Loness Defendants do not expect to present any exhibits at this trial.  If the non-jury

trial on damages is postponed, the Loness Defendants reserve the right to have Plaintiff examined

and to have a report on his injuries prepared.  Plaintiffs may also seek discovery on the issue of

Plaintiff's damages in this case.

II.    **EXPERTS**

The Loness Defendants do not expect to call an expert witness in this case.  If the non-

jury trial on damages is postponed, the Loness Defendants reserve the right to retain an expert in

this case.

### III.    CURRICULUM VITAE FOR EACH EXPERT

None at this time.  See above response.

### IV.    FACT WITNESSES/EXPECTED TESTIMONY

Defendants John Loness and Cindy Loness will testify that they were not present when Mr. Axelroth was handcuffed and transported from Abington to Bern Township.

Defendant Officer Michael A. Hoffert will testify regarding his handcuffing of Mr. Axelroth and the circumstances surrounding the trip from Abington to Bern Township when Mr. Axelroth allegedly complained that his handcuffs were to tight.

The Loness Defendants will cross-examine Plaintiff, Steve Axelroth, regarding his alleged injuries and the alleged damages he has sustained as a result.

### V.    STATEMENT OF CLAIMANT'S DAMAGES

See Plaintiff's Trial Memorandum.

### VI.    STATEMENT OF LEGAL AND PROCEDURAL ISSUES

The Loness Defendants have filed a Motion to Vacate Entry of Default and to Dismiss Complaint.  It is their contention that the default against them was improperly entered and that original service upon them was never made.  See Motion to Vacate Entry of Default and to Dismiss Complaint.

## VII.    NAMES AND ADDRESSES OF ALL PARTIES

Plaintiff, Steve Axelroth

Defendants, Bern Township and Police Officer Michael A. Hoffert

Defendants, Cindy Loness Carpentry, Cindy Loness, John Loness, 519 Curtis Avenue,

Reading, PA 19605.


## VIII.    INFORMATION ON TRIAL COUNSEL

Edwin L. Stock, Esquire, Roland & Schlegel, P.C., 627 North Fourth Street, P.O. Box

902, Reading, PA  19603.  Telephone Number - (610) 372-5588.


## IX.    OTHER MATTERS

As set forth above and in the Loness Defendants' Motion to Vacate Entry of Default, the

Loness Defendants believe that this non-jury trial on damages only should be postponed pending

a decision by this Court on their Motion.  It is a waste of judicial resources to hold a trial based

on a default that may be vacated.

Respectfully submitted,

ROLAND & SCHLEGEL, P.C.

By:_____
    Edwin L. Stock, Esquire
    627 North Fourth Street
    P.O. Box 902
    Reading, PA  19603
    (610) 372-5588

Counsel for Defendants, Cindy Loness
Carpentry, John Loness and Cindy Loness

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEVE AXELROTH                          :
                                        :
    vs.                                 :
                                        :
CINDY LONESS CARPENTRY,                 :        CIVIL ACTION NO. 02-CV-4418
JOHN LONESS, CINDY LONESS,  :
BERN TOWNSHIP, and POLICE               :
OFFICER MICHAEL A. HOFFERT :
BADGE NO. 005                           :

CERTIFICATE OF SERVICE

    I, EDWIN L. STOCK, ESQUIRE, certify that on the 17th day of April, 2003, I served a

true and correct copy of the within Trial Memorandum addressed as follows:


    Gregg L. Zeff, Esquire
    Frost & Zeff
    Pier Five at Penn's Landing
    7 North Columbus Boulevard
    Philadelphia, PA 19106-1492

    Andrew Bellwoar, Esquire
    Siana, Bellwoar & McAndrew, LLP
    941 Pottstown Pike
    P.O. Box 630
    Exton, PA 19341


by depositing copies thereof in the United States Mail, first class, postage prepaid.



                                        _____
                                        Edwin L. Stock, Esquire