```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEVE AXELROTH,                   )
                                  )  Civil Action
               Plaintiff          )  No. 02-cv-04418
                                  )
       vs.                        )
                                  )
CINDY LONESS CARPENTRY;           )
JOHN LONESS;                      )
CINDY LONESS;                     )
BERN TOWNSHIP; and                )
MICHAEL A. HOFFERT,               )
POLICE OFFICER, BADGE NO. 005,    )
                                  )
               Defendants         )
```

HEARING SCHEDULING ORDER

NOW, this 22nd day of April, 2003,

IT IS ORDERED that a hearing is scheduled before Judge James Knoll Gardner on Wednesday, April 30, 2003, at 9:30 o'clock a.m. in Courtroom B, Edward N. Cahn United States Courthouse, 504 West Hamilton Street, Allentown, Pennsylvania, on Motion of Defendants Cindy Loness Carpentry, John Loness and Cindy Loness to Vacate Entry of Default and to Dismiss Complant, filed April 3, 2003.[1]

---

[1] In the event that Judge Gardner denies defendants' motion to vacate entry of default, a non-jury trial on the issue of damages only, in the case against defendants Cindy Loness Carpentry, John Loness and Cindy Loness, shall commence immediately following the above-mentioned hearing, as previously attached by Non-Jury Trial Attachment Order dated March 17, 2003.

IT IS FURTHER ORDERED that not later than seven days before the hearing date each party shall submit to Judge Gardner[2] a written summary of the issues and of that party's argument, which summary shall not exceed two pages in length.

IT IS FURTHER ORDERED that continuances will be granted only in extraordinary circumstances.  Continuance requests shall be signed by one counsel of record for each represented party and by each unrepresented party.  Continuance requests shall be submitted at least ten days prior to the hearing on a form approved by Judge Gardner.

By:

_____
CHERYL E. SINCLAIR
Civil Deputy Clerk to
Judge James Knoll Gardner
Phone:  (610) 434-3457

---

[2]   The memoranda may be forwarded to Judge Gardner by mail at Edward N. Cahn United States Courthouse, 504 West Hamilton Street, Suite 4701, Allentown, Pennsylvania 18101; by fax at (610) 434-3459; or by e-mail addressed to Chambers_of_Judge_James_Knoll_Gardner@paed.uscourts.gov