79465 DAS.DAS 4/22/2003

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVE AXELROTH | : | |
| | : | |
| vs. | : | |
| | : | |
| CINDY LONESS CARPENTRY, | : | CIVIL ACTION NO. 02-CV-4418 |
| JOHN LONESS, CINDY LONESS, | : | |
| BERN TOWNSHIP, and POLICE | : | |
| OFFICER MICHAEL A. HOFFERT | : | |
| BADGE NO. 005 | : | |

THE LONESS DEFENDANTS'
FINDINGS OF FACT AND CONCLUSIONS OF LAW

Defendants Cindy Loness Carpentry, John Loness and Cindy Loness, by their attorneys, submit these Findings of Fact and Conclusions of Law for the non-jury trial to be held on April 30, 2003 on the issue of damages only.

**I.     FINDINGS OF FACT**

1.     Plaintiff Steve Axelroth sustained no injuries in this case.

2.     Defendants John Loness and Cindy Loness were not present when Mr. Axelroth was handcuffed and transported from Abington to Bern Township and are not responsible for the injuries he alleges he received.

**II.     CONCLUSIONS OF LAW**

1.     Defendants John Loness and Cindy Loness are not liable to Plaintiff Steve Axelroth for any damages in this case.

Respectfully submitted,

ROLAND & SCHLEGEL, P.C.

By:_____
        Edwin L. Stock, Esquire
        627 North Fourth Street
        P.O. Box 902
        Reading, PA  19603
        (610) 372-5588

Counsel for Defendants, Cindy Loness
Carpentry, John Loness and Cindy Loness

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVE AXELROTH | : | |
| | : | |
| vs. | : | |
| | : | |
| CINDY LONESS CARPENTRY, | : | CIVIL ACTION NO. 02-CV-4418ERN DIS SYLVAN |