```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA


STEVE AXELROTH,                      :
                                     :
            Plaintiff                :     Civil Action
                                     :     No. 02-CV-4418
       vs.                           :
                                     :
CINDY LONESS CARPENTRY,              :
                                     :
JOHN LONESS,                         :
                                     :
CINDY LONESS,                        :
                                     :
BERN TOWNSHIP, and                   :
                                     :
MICHAEL A. HOFFERT, POLICE           :
 OFFICER, BADGE NO. 005,             :
                                     :
            Defendants               :
```

## O R D E R

NOW, this 29th day of April, 2003, upon consideration of the Entry of Default Judgment filed by plaintiff on February 10, 2003, the Motion of Defendants Cindy Loness Carpentry, John Loness and Cindy Loness to Vacate Entry of Default and to Dismiss Complaint filed on April 3, 2003, and the Motion of Plaintiff, Steve Axelroth to Vacate the Entry of Default Judgment against Defendants Cindy Loness Carpentry, Cindy Loness and John Loness filed on April 24, 2003; it appearing that no party opposes vacating the default entered against Cindy Loness Carpentry, John Loness and Cindy Loness, it further appearing that Defendants Cindy Loness Carpentry, John Loness and Cindy Loness have withdrawn their motion to dismiss plaintiff's complaint,

      <u>IT IS ORDERED</u> that the entry of default entered against defendants Cindy Loness Carpentry, John Loness and Cindy Loness is vacated.

      <u>IT IS FURTHER ORDERED</u> that the Motion of Defendants Cindy Loness Carpentry, John Loness and Cindy Loness to Vacate Entry of Default and to Dismiss Complaint filed on April 3, 2003 is withdrawn.

      <u>IT IS FURTHER ORDERED</u> that defendants Cindy Loness Carpentry, John Loness and Cindy Loness are directed to file an answer to plaintiff's complaint by May 14, 2003.

      BY THE COURT:

_____
James Knoll Gardner
United States District Judge