```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


STEVE AXELROTH,                      )
                                     ) Civil Action
              Plaintiff              ) No. 02-cv-04418
                                     )
      vs.                            )
                                     )
CINDY LONESS CARPENTRY;               )
JOHN LONESS;                         )
CINDY LONESS;                        )
BERN TOWNSHIP; and                   )
MICHAEL A. HOFFERT,                  )
POLICE OFFICER, BADGE NO. 005,       )
                                     )
              Defendants             )
```

## ORDER

NOW, this 27th day of June, 2003, upon consideration of Plaintiff's Motion for Extension of Scheduling Deadlines,

IT IS ORDERED that the motion is granted in part and denied in part.

IT IS FURTHER ORDERED that, except as otherwise provided below, all discovery shall be completed by July 30, 2003.

IT IS FURTHER ORDERED that plaintiff shall be precluded from offering the testimony of expert witnesses at trial unless on or before July 30, 2003 plaintiff provides defense counsel with the name, address, curriculum vitae and a signed, written expert report containing the findings, conclusions and opinions, of each such witness.

IT IS FURTHER ORDERED that defendants shall be precluded from offering the testimony of expert witnesses at

trial unless on or before August 29, 2003 defendants provide all counsel with the name, address, curriculum vitae and a signed, written expert report containing the findings, conclusions and opinions, of each such witness.

IT IS FURTHER ORDERED that all discovery motions, including motions concerning expert witnesses, shall be filed and served prior to the close of discovery.  Any motions filed in violation of this Order may be deemed waived in the absence of good cause shown.

IT IS FURTHER ORDERED that all dispositive motions, including motions for summary judgment, accompanied by a brief, shall be filed and served on or before September 5, 2003.

IT IS FURTHER ORDERED that all motions in limine shall be filed and served on or before September 15, 2003.

IT IS FURTHER ORDERED that all motions (except those relying solely on a Federal Rule of Civil Procedure) shall be accompanied by a brief, not to exceed twenty-five pages without prior leave of court.  There shall be no reply briefs unless requested, or authorized, by the undersigned.  Reply briefs shall not exceed seven pages and must be filed within three business days of the court's request or approval.

IT IS FURTHER ORDERED that any party filing a motion for summary judgment or partial summary judgment shall file and serve, in addition to a brief, a separate short concise

statement, in numbered paragraphs, of the material facts about which the moving party contends there is no genuine dispute. The moving party shall support each such material fact with specific citations to the record, and, where practicable, attach copies of the relevant portions of the record. Failure to submit such a statement may constitute grounds for denial of the motion.

<u>IT IS FURTHER ORDERED</u> that any party opposing a motion for summary judgment or partial summary judgment shall file and serve, in addition to a brief, a separate short concise statement, responding in numbered paragraphs to the moving party's statement of the material facts about which the opposing party contends there is a genuine dispute, with specific citations to the record, and, where practicable, attach copies of the relevant portions of the record. All factual assertions set forth in the moving party's statement shall be deemed admitted unless specifically denied by the opposing party in the manner set forth in this paragraph.

<u>IT IS FURTHER ORDERED</u> that a jury trial shall commence before the undersigned on Monday, October 20, 2003 at 9:30 o'clock a.m. in Courtroom B, Edward N. Cahn United States Courthouse, 504 West Hamilton Street, Allentown, Pennsylvania, or as soon thereafter as the schedule of the court permits, following jury selection at the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania. This Order shall

serve as a formal attachment for trial.

   IT IS FURTHER ORDERED that, in the event the within matter has not settled, counsel for all parties and all unrepresented parties shall appear before Magistrate Judge Arnold C. Rapoport in chambers at a date and time to be set by the Magistrate Judge for a settlement conference.

              BY THE COURT:


              _____
              James Knoll Gardner
              United States District Judge