IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
STEVE AXELROTH,                       )
                                      )  Civil Action
            Plaintiff                 )  No. 02-CV-04418
                                      )
      vs.                             )
                                      )
CINDY LONESS CARPENTRY;               )
JOHN LONESS;                          )
CINDY LONESS; and                     )
BERN TOWNSHIP;                        )
                                      )
            Defendants                )
```

ORDER

NOW, this 26th day of September, 2003, it appearing by agreement of counsel that the issues between plaintiff Steve Axelroth and defendant Cindy Loness Carpentry, John Loness, Cindy Loness, and Bern Township have been settled, and upon Order of the court pursuant to the provisions of Rule 41.1(b) of the Rules of Civil Procedure for the United States District Court for the Eastern District of Pennsylvania effective July 1, 1995,

IT IS ORDERED that this action is DISMISSED with prejudice, without costs.

IT IS FURTHER ORDERED that pursuant to Rule 41.1(b) the within dismissal Order "may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of" the within Order.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge