```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


STEVE AXELROTH,                    )
                                   ) Civil Action
          Plaintiff                ) No. 02-CV-04418
                                   )
     vs.                           )
                                   )
CINDY LONESS CARPENTRY;            )
JOHN LONESS;                       )
CINDY LONESS;                      )
BERN TOWNSHIP; and                 )
                                   )
          Defendants               )

                    *   *   *

APPEARANCES:
     GREGG L. ZEFF, ESQUIRE
          On behalf of Plaintiff

     EDWIN L. STOCK, ESQUIRE
          On behalf of Defendants,
          Cindy Loness Carpentry,
          John Loness and Cindy Loness

                    *   *   *
```

RULE 16 STATUS CONFERENCE ORDER

NOW, this 4th day of November, 2003, after status conference conducted by telephone with the undersigned on this date, pursuant to Rule 16 of the Federal Rules of Civil Procedure, and by agreement of counsel,

IT IS ORDERED that Cindy Loness Carpentry, John Loness and Cindy Loness (collectively as the "Loness defendants") shall have until November 24, 2003 to pay the outstanding $11,000.00 pursuant to the settlement agreement.

IT IS FURTHER ORDERED that the Loness defendants shall

have until November 24, 2003 to ensure that Mutual Benefit Group, the Loness defendants' insurer, paid plaintiff a $9,060.91 portion of the settlement agreement.

      <u>IT IS FURTHER ORDERED</u> that the Loness defendants shall have until November 24, 2003 to pay plaintiff $1,939.09, the remainder of the settlement agreement.

                              BY THE COURT:

                              _____
                              James Knoll Gardner
                              United States District Judge