```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEVE AXELROTH,                  )
                                 )  Civil Action
            Plaintiff            )  No. 02-CV-04418
                                 )
      vs.                        )
                                 )
CINDY LONESS CARPENTRY;          )
JOHN LONESS;                     )
CINDY LONESS;                    )
BERN TOWNSHIP; and               )
                                 )
            Defendants           )
```

<u>HEARING SCHEDULING ORDER</u>

NOW, this 21st day of January, 2004, it appearing from the attached letter submitted by plaintiff and received on January 21, 2004 that defendants have violated the undersigned's November 4, 2003 Order directing them make payment in accordance with the settlement agreement,

<u>IT IS ORDERED</u> that a hearing is scheduled before the undersigned on Thursday, February 26, 2004, at 9:00 o'clock a.m. in Courtroom B, Edward N. Cahn United States Courthouse, 504 West Hamilton Street, Allentown, Pennsylvania, for defendants to show cause why they should not be held in contempt for violating the undersigned's November 4, 2003 Order directing them make payment in accordance with the settlement agreement.

<u>IT IS FURTHER ORDERED</u> that on or before February 9, 2004 the parties shall submit briefs in support of their respective positions to the undersigned.

<u>IT IS FURTHER ORDERED</u> that not later than seven days before the hearing date each party shall submit to the

undersigned[1] a written summary of the issues and of that party's argument, which summary shall not exceed two pages in length.

    IT IS FURTHER ORDERED that continuances will be granted only in extraordinary circumstances.  Continuance requests shall be signed by one counsel of record for each represented party and by each unrepresented party.  Continuance requests shall be submitted at least ten days prior to the hearing on a form approved by the undersigned.

    BY THE COURT:

_____
James Knoll Gardner
United States District Judge

---

[1] The memoranda may be forwarded to the undersigned by mail at Edward N. Cahn United States Courthouse, 504 West Hamilton Street, Suite 4701, Allentown, Pennsylvania 18101; by fax at (610) 434-3459; or by e-mail addressed to Chambers_of_Judge_James_Knoll_Gardner@paed.uscourts.gov